UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF WEST VIRGINIA
                           AT CHARLESTON


LARRIANTE SUMBRY,

          Petitioner

v.                                    CIVIL ACTION NO. 2:06-0308


INDIANA STATE PRISON and
ED G. BUSS and
INDIANA GOVERNOR,

          Respondents


                  MEMORANDUM OPINION AND ORDER


          On April 27, 2006, petitioner instituted this action

with a petition for a writ of habeas corpus.

          The court received the proposed findings and

recommendation of the magistrate judge filed on May 11, 2006,

pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).  As noted

therein, the petitioner was neither convicted, nor is he

incarcerated, in this district.  Petitioner's objections, filed

May 23, 2006, are not responsive to the magistrate judge's

findings and recommendation.  Indeed, they are practically

indecipherable.

          Based upon the foregoing, and the proposed findings and

recommendation of the magistrate judge, which are hereby adopted

and incorporated herein, the court concludes that it lacks subject matter jurisdiction over this action.  The court, accordingly, concludes that this action should be, and it hereby is, dismissed and stricken from the docket.

The Clerk is directed to forward copies of this written opinion and order to the movant, all counsel of record, and the magistrate judge.

ENTER: July 19, 2006

John T. Copenhaver, Jr.
United States District Judge

2